United States District Court
Middle District of Florida
Jacksonville Division

**Nicholas Ingrodi and Brad Jackson,**

    *Plaintiffs,*

v.                                           No. 3:24-cv-00451-BJD-LLL

*CSX Transportation, Inc.,*

    *Defendant.*

---

**Unopposed Motion for Special Admission**

Gracie L. Wendt, Esquire, moves for special admission to represent the plaintiffs Nicholas Ingrodi and Brad Jackson in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States District Court; specifically, Western District of Wisconsin.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in these cases in the last thirty-six months in state or federal court in Florida:

    Andrew Brown v. CSX Transportation, Inc. 8:24-cv-02777-VMC-LSG

1

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I am registered with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: November 24, 2025

/s/ Gracie L. Wendt
Gracie L. Wendt (WI 1142856)
CASEY JONES LAW FIRM
525 Junction Road, Suite 6500
Madison, WI 53717
Phone: (872) 201-4244
Email: gwendt@caseyjones.law

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and the opposing party does not oppose this Motion for Special Admission.